| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>FRAZIER, DOUGLAS N. | 2. Court or Organization<br><br>U.S.DISTRICTCOURT MIDDLE DISTRICT OF FLORIDA | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE - FULL | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE AND FEDERAL BUILDING<br>2110 FIRST STREET 5-181<br>FORT MYERS, FLORIDA 33901 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRAZIER, DOUGLAS N. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Marine Corp. Reserve Retirement | $48,888.00 |
| 2. 2010 ** | Marine Corp. Reserve Retirement | $48,888.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | SELF-EMPLOYED PSYCHOLOGIST |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **FRAZIER, DOUGLAS N.** | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRAZIER, DOUGLAS N. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account | | | | | | | | | |
| 2. Mainstay ICAP Select Equity "A" | A | Dividend | K | T | | 10/13 | J | | Transfer from Line 3 |
| 3. Mainstay ICAP Select Equity "B" | A | Dividend | J | T | | 10/13 | J | | Transfer to Line 2 |
| 4. Mainstary MAP Equity "A" | A | Dividend | K | T | | 12/22 | J | | Transfer from Line 5 |
| 5. Mainstay MAP Equity "B" | A | Dividend | J | T | | 12/22 | J | | Transfer to Line 4 |
| 6. Mainstary US Small Cap "A" | A | Dividend | K | T | | 10/13 | J | | Transfer from Line 7 |
| 7. Mainstay US Small Cap "B" | A | Dividend | J | T | | 10/13 | J | | Transfer to Line 6 |
| 8. | | | | | | | | | |
| 9. SEP IRA | | | | | | | | | |
| 10. N.Y. Life Essentials Variable Annuity | | | M | T | | | | | No transactions |
| 11. | | | | | | | | | |
| 12. SIMPLE IRA | | | | | | | | | |
| 13. Mainstary Balanced "INV" | A | Dividend | J | T | | | | | No transactions |
| 14. Mainstay High Yield Corp. Bond "INV" | B | Dividend | K | T | | | | | No transactions |
| 15. Mainstay ICAP Select Equity "INV" | A | Dividend | K | T | | | | | No transactions |
| 16. Mainstay MAP Equity "INV" | A | Dividend | K | T | | | | | No transactions |
| 17. Mainstay US Small Cap "INV" | A | Dividend | K | T | | | | | No transactions |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRAZIER, DOUGLAS N. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. Non-Investment Income

2010*** - Please note that for 2010 - Marine Corp. Reserve Retirement amount of $48,888.00 should have appeared on 2010 Financial Disclosure as non investment income.

VII. Investments and Trusts:

Brokerage Account continued:

D (1) - Type (e.g. buy, sell, redemption) as follows:

Line 2, Exchange/Buy
Line 3, Exchange
Line 4, Exchange/Buy
Line 5, Exchange,Sell
Line 6, Exchange, Buy
Line 7, Exchange

Lines 3 and 7 Exchanged total value into Lines 2 and 6 Value code (j)

Line 2, 4, and 6 - Column D(1) monthly buys value codes (J)

Line 5 partial exchange to line 4 value code (J)

| Name of Person Reporting | Date of Report |
|---|---|
| FRAZIER, DOUGLAS N. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOUGLAS N. FRAZIER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544